# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** ICE |
| City Middleton | **Related Case Information:** | |
| County Essex | Superseding Ind./ Inf. _____ Case No. 23-mj-6451-MPK | |
| | Same Defendant _____ New Defendant _____ | |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number _____ | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name: Romeo Waldemar Gabriel Lopez     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) 22 Hollingsworth Street, Apt. 2, Lynn, MA 01902

Birth date (Yr only): 1991   SSN (last4#): XXXX   Sex: M   Race: Hispanic   Nationality: Guatemalan

**Defense Counsel if known:** _____     Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA: John J. Reynolds III     Bar Number if applicable: 672295

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Spanish

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☑ Already in Federal Custody as of  09/08/2023  in  Phillipsburg, PA (ICE Custody) .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: September 27, 2023     Signature of AUSA: /s/ John J. Reynolds III

**District Court Case Number**   (To be filled in by deputy clerk):   23-mj-6451-MPK

**Name of Defendant**

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 8 USC 1326(a) | Unlawful Reentry of Deported Alien | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**